UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Steven Weitzen**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**California Business Bureau, Inc.**, a corporation,<br><br>Defendant. | Case No. 18-cv-0029-LAB-BLM<br><br>**Order Granting Joint Motion to Dismiss With Prejudice [Doc. 6]** |

The joint motion to dismiss is **GRANTED** and this action is **DISMISSEd WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:   March 29, 2018.

Hon. Larry Alan Burns
United States District Judge